No. _____

| | § | |
|---|---|---|
| KAMME O | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | TEXAS SOUTHERN DISTRICT |
| TEXAS A&M UNIVERSITY and SYSTEM | § | COURT |
| | § | |
| Defendant. | § | |
| | § | |

## PLAINTIFF'S REQUESTS LEGAL REPRESENTATION

TO THE HONORABLE JUDGE OF THIS COURT:

Kamme O, Plaintiff, requests LEGAL REPRESENTATION appointed by the Court, it appears the long list of who has been contacted so far 100+/-? Are interested to begin with but then return with "don't have time", "don't have the resources".

### TIMELINE:

1.) 1995-1996 Kamme O never heard of the EEOC and never planned on learning so much about "employment law". No one mentioned the "300 day window". And she had never heard of the "Good Ole Boy System" before, she just thought she would learn Carpentry.

   a. TAMU HR said they "lost" that "being female" evaluation, "HERE, SIGN THIS ONE?" Kamme O said, "I have a copy of it at HOME, would you like one?"

   b. 1996 TAMU asked Kamme O what she wanted? She heard that like, "What do you think you can get?" She decided "Do Unto Others" is the best idea. She requested that Bill Courtenay be allowed to keep working and retire, but never be management again. She eventually attended his retirement luncheon. She had also requested to stay in the CONSTRUCTION shop and learn to build cabinets, instead of being transferred to AREA Maintenance.

   c. Kamme O noticed her **09-21-1999 EXIT Interview** hadn't been distributed and was not in her employee file. She also noticed the VP of Physical Plant had become the Interim of HUMAN RESOURCES.

2.) 2000 (before internet) Kamme O was a single parent – the few lawyers she met with weren't interested – and the stress created motor skill issues and migraines. Decided to "let it go".

3.) ***spares you the HER-story of assorted other opportunities for an EEOC complaint.

4.) May 21, 2015 Kamme O met with attorney Derek Howard. When he said, "Texas A&M? Yeah, I know the Chancellor." Kamme O didn't care because she knew she needed an

attorney and a job is a JOB... or so she thought. (This was before the daily retaliations began full force against her at TAMU.)

5.) Derek Howard was NOT pleased when he noticed on the 05-08-2015 Form #903 to TAMU HR, under the heading "Resolution" Kamme O listened to her inside voice when it told her, "ASK FOR THE MOON". She had to think about "What does ask for the moon MEAN?"

6.) Kamme O did not have an Attorney, so she guessed. What's entertaining to Kamme O is that she wrote three more 3s than she meant to:

**State resolution you are seeking below:**

Termination of parties guilty of, or enabling those parties guilty of 15+/- years of sex discrimination, age discrimination, and those parties be ineligible for rehire within the TAMU SYSTEM.

An end to TAMU's apparent discrimination of "blue collar" educated or trained employees - by re-establishing all the departments outsourced with full retirement & benefits = Bring Back AGGIELAND.

Trust Fund in the name of Kamme O, immediately payable: $333,333,333,333.33

Aggie Ring, Size 7, for having GRADUATED the Good Old Boy System after 23+ years.
Complete Insurance & Retirement Benefits - 1992.
*Automatic Lifetime TAMU Home-Game Seats (8 ea-together) sections 210, 209, 208 or 207.
(No cost or fees to KO) *transferable.
*Automatic Lifetime TAMU Home-Game Parking Koldus Parking Garage.
(No cost or fees to KO)*transferable

By my signature, I certify that the facts submitted by me are true and accurate to the best of my knowledge.

_____    05-08-2015
(Complainant's Signature)                  (Date)

7.) Summer of 2016, SICK from the stress, unemployed, wondering, waiting, Derek Howard said, "These things take time. It could take until August." – In August 2016 TAMU moved HR out from under the VP of Finance where EHS is also, to be directly under the TAMU President. That reminds Kamme O of 1999 Interim HR/VP switch-a-roo.

8.) August 2016 Kamme O wrote her Congressmen – Bill Flores office checked into what was taking the EEOC so long and why wouldn't anyone RETURN HER CALLS? – That's how Kamme O learned that without some sort of waiver, the EEOC cannot talk to Kamme O when she calls to ask about her case status or return her calls, but Derek Howard's office didn't tell Kamme O "don't call, they can't talk to you".

9.) October 28, 2016 Derek Howard's office finally sends Kamme O the TAMU Position Statement and wants the response info to send BACK to the EEOC by November 16, 2016.

10.) Kamme O notices the TAMU Position Statement is stamped RECEIVED by the EEOC: March 4, 2016. She emails and asked Derek Howard about it = no reply, no explanation.

11.) Kamme O wonders why Derek Howard hasn't interviewed anyone? Why hasn't the EEOC interviewed anyone? Why did TAMU HR take almost 80 days to tell her "No Valid Evidence" when the POLICY was 15 working days?

12.) Kamme O decides to search for new representation after Derek Howard told her in January 2017, "These things take time." When she called to ask for a release because no other attorneys would speak with her unless she got a "Release" she phoned Derek Howard's office and inquired how to go about being "Released"? About a half hour later – before Kamme O could write the request – Derek Howard's office released Kamme O

13.) Kamme O has been searching for an Attorney since before January 17, 2017.

14.) KammeO qualifies for LEGAL AID, but the original letter reads "Sorry, understaffed."

15.) Kamme O appealed the LEGAL AID decision and then was told "they don't do fee generating cases."

16.) Kamme O went to the District Court in Brazos County the day after the 90 day RIGHT to SUE letter arrived (Dated almost the same as the 1999 EXIT Interview, **09-21-2017**) and the person there told her that there was no form to fill out, that the Court only appoints Lawyers for Criminal cases.

17.) Kamme O continued emailing & phoning the Continental USA for an Attorney = Everyone seems to be afraid of TAMU except Ms. O

Help?
Thank You.

Kamme O

979-575-1091

PAUL FURRH, JR.
Attorney at Law
Chief Executive Officer

PAMELA SOTOODEH
Managing Attorney

CAROLYN TURLEY
Directing Attorney

Mailing Address:
1415 Fannin, CIU
Houston, Texas 77002

713-652-0077 Telephone
800-733-8394 Toll free
713-658-9278 Fax



LONE STAR
LEGAL AID

CENTRAL INTAKE UNIT

August 2, 2017

Kamme O
P.O. Box 1231
College Station, Texas 77841

RE: O/LEGAL AID APPLICATION NUMBER: 1707-021861-CIU
21 Employment Discrimination
Application for Legal Service Closing Letter

Dear Ms. O:

Thank you for contacting Lone Star Legal Aid. You are financially eligible for our services, but I am sorry to inform you that Lone Star Legal Aid will not be able to provide any legal assistance to you at this time. Our office serves a large population area, and we are not able to assist all of the deserving applicants who request legal assistance.

This does not mean that you do not have a valid case, or that you do not otherwise qualify for our services. We do not have the staff to give legal assistance to all our applicants.

There are some other places you can go to get help. You can call the State Bar of Texas, Lawyer Referral Service at 1-800-252-9690. You can also go online to the Texas Law Help website at www.texaslawhelp.org for more legal help.

Sincerely,

*Pamela Sotoodeh*

Pamela Sotoodeh
Managing Attorney
Central Intake & Legal Assistance Unit

PS/bf
ENCLOSURE: *Notice of Right*

PAUL FURRH, JR.
Attorney at Law
Chief Executive Officer

TODD THOMPSON
Managing Attorney
Bryan Office



MELINDA LOPEZ
Staff Attorney

1714 East 29th Street
Bryan, Texas 77802

(979)775-5050 Telephone
(800)570-4773 Toll Free

## Lone Star Legal Aid

November 2, 2017

Kamme O
P.O. Box 1231
College Station, Texas 77841

Via Hand Delivery: _Kalla O_
Date: 11-2-2017

*United States Courts*
*Southern District of Texas*
*FILED*

DEC 14 2017

David J. Bradley, Clerk of Court

**RE:   LEGAL AID APPLICATION NUMBER: 1706-016354-BRY**

Dear Ms. O:

Thank you for contacting Lone Star Legal Aid. You are financially eligible for our services, but we are sorry to inform you that Lone Star Legal Aid will not be able to accept your case. We are prohibited from taking the kind of case you have. There are lawyers in the community who often take cases like yours without any fees up-front. Our decision in no way reflects on the possible merits of your case. Our decision is based purely on restrictions imposed by the federal government on our practice and our policies.

There are some other places you can go to get help. You can call the State Bar of Texas, Lawyer Referral Service at 1-800-252-9690. You can also go online to the Texas Law Help website at www.texaslawhelp.org for more legal help.

Very Truly Yours,

Todd Thompson
Managing Attorney

TKT:cs
enclosure:   *LSLA Notice of Rights*

*Serving the East Region of Texas since 1948*
Angleton, Beaumont, Belton, Bryan, Conroe, Galveston, Houston, Longview, Nacogdoches, Paris, Texarkana, Tyler, Waco

LSC — "a United Way Agency"