United States District Court
Southern District of Texas
**ENTERED**
January 23, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KAMME O, § | |
| *Plaintiff,* § | |
| § | |
| v. § | CIVIL ACTION No. 4:17-cv-03877 |
| § | |
| TEXAS A&M UNIVERSITY, ET. AL., § | |
| *Defendants* § | |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE THEIR RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT FOR EMPLOYMENT DISCRIMINATION

On this day, the Court considered Defendants' Unopposed Motion for Extension of Time To File Their Responsive Pleading to Plaintiffs' Complaint For Employment Discrimination. After due consideration, the Court finds the motion meritorious. It is therefore,

ORDERED that Defendants' Unopposed Motion for Extension of Time To File Their Responsive Pleading to Plaintiffs' Complaint For Employment Discrimination is GRANTED. Therefore, Defendants' responsive pleading to Plaintiffs' Complaint For Employment Discrimination will be filed by Wednesday, February 28, 2018.

SIGNED this 23rd day of Jan, 2018.

THE HONORABLE NANCY K. JOHNSON
MAGISTRATE JUDGE