IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

JAN 23 2018

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| KAMME O, | § § § § § § § § | |
| Plaintiff, | | |
| v. | | CIVIL ACTION NO. H-17-3877 |
| TEXAS A&M UNIVERSITY AND SYSTEM, | | |
| Defendant. | | |

CONSENT TO PROCEED BEFORE
UNITED STATES MAGISTRATE JUDGE NANCY K. JOHNSON
(CIVIL CASE)

In accordance with the provisions of 28 U.S.C. § 636(c), the parties to this action waive their rights to proceed before a district judge of the court and consent to have United States Magistrate Judge Nancy K. Johnson conduct all further proceedings in the case, including hearings and rulings on motions, pretrial conferences and trial, and the entry of judgment. All parties must execute this form.

| Kamme O | for | Kamme O |
|---|---|---|
| NA | for | NA |
| NA | for | NA |
| NA | for | NA |

ORDER OF REFERENCE

It is **ORDERED** that the Clerk of Court reassign this action to United States Magistrate Judge Nancy K. Johnson to conduct all further proceedings, including hearings and rulings on motions, pretrial conferences and trial, and the entry of final judgment in accordance with 28 U.S.C. § 636(c) and the consent of the parties.

_____
DATE

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE