U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF  Kamme O. | COURT CASE NUMBER  4:17-cv-3877 |
|---|---|
| DEFENDANT  Texas A&M University and System | TYPE OF PROCESS  Summons |

**SERVE AT** { NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Joni E. Baker, Director, Equal Opportunity & Diversity

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

301 Tarrow St. John B. Connally Bldg. Room 605A, College Station, Brazos, Texas 77840

*United States Courts Southern District of Texas FILED FEB 09 2018 David J. Bradley, Clerk of Court*

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| U.S. District Clerks Office  515 Rusk St.  Houston, Texas 77002 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | 0 |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold                                                                                                  Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF  ☐ DEFENDANT | TELEPHONE NUMBER  713-250-5500 | DATE  12/26/17 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process  1 | District of Origin  No. F29 | District to Serve  No. | Signature of Authorized USMS Deputy or Clerk  ASDUSM | Date  12/26/2017 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address *(complete only different than shown above)* | Date  2/8/18 | Time  3:00 ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee  8.00 | Total Charges  73.00 | Advance Deposits | Amount owed to U.S. Marshal or (Amount of Refund*)  $0.00 |
|---|---|---|---|---|---|

REMARKS:  TRK #  7017 0660 0000 3698 5697

*RECEIVED 2017 DEC 26 AM 10:42 UNITED STATES MARSHAL SOUTHERN DIST S/TX*

| **DISTRIBUTE TO:** | 1. CLERK OF THE COURT  2. USMS RECORD  3. NOTICE OF SERVICE  4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.  5. ACKNOWLEDGMENT OF RECEIPT | PRIOR EDITIONS MAY BE USED  Form USM-285  Rev. 11/13 |
|---|---|---|