TRANSCRIPT ORDER FORM - READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING

District Court: US District Court Southern District of Texas    District Court Docket No. 4:17-cv-03877
Short Case Title: Kamme O v. Texas A&M University and System

**ONLY ONE COURT REPORTER PER FORM** Court Reporter: NA

Date Notice of Appeal Filed by Clerk of District Court: 02-01-2018    Court of Appeals No.: 18-20093

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)
A. Complete the Following:
■No Hearings  ☐Transcript is unnecessary for appeal purposes  ☐Transcript is already on file in the Clerk's Office
**OR**
Check All of the Following that Apply, Include date of the proceeding.
This is to Order a Transcript of the following proceedings: ☐Bail Hearing:_____    ☐Voir Dire:_____
☐Opening Statement of Plaintiff:_____   ☐Opening Statement of Defendant:_____
☐Closing Argument of Plaintiff:_____   ☐Closing Argument of Defendant:_____
☐Opinion of court:_____   ☐Jury Instructions:_____   ☐Sentencing:_____

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.

United States Courts
Southern District of Texas
FILED
FEB 20 2018
David J. Bradley, Clerk of Court

B. This is to certify that satisfactory financial arrangements have made. Method of Payment:
☐Private Funds;  ☐Criminal Justice Act Funds (**Enter Authorization-24 to USDC eVoucher**)
☐Other IFP Funds;  ☐Advance Payment waived by reporter;  ☐U.S. Government Funds
☐Other_____

Signature _[signature]_    Date Transcript Ordered 2-13-2018
Print Name Kamme O    Phone: 979-575-1091
Counsel for PRO SE
Address 3503 Winding Road, Hearne, Texas 77859

**PART II. COURT REPORTER ACKNOWLEDGEMENT** (To be completed by the Court Reporter and filed with the Court of Appeals within 7 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were made | Estimated Completion Date | Estimated number of Pages |
|---|---|---|---|
|  |  |  |  |

Payment Arrangements have NOT been made or are incomplete.

Reason: ☐Deposit not received  ☐Unable to contact ordering party  ☐Awaiting creation of CJA 24 eVoucher
☐Other (Specify)_____

Date:_____ Signature of Reporter:_____ Tel._____
Email of Reporter: _____ Address of Reporter: _____

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court and this completed form e-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages:_____   Actual Number of Volumes:_____

Date:_____ Signature of Reporter:_____