# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KAMME O<br>　　Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. 4:17-cv-03877 |
| TEXAS A&M UNIVERSITY AND SYSTEM<br>　　Defendants. | §<br>§<br>§<br>§ | |

## AFFIDAVIT OF ADAM DAVIDSON

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF BRAZOS | § |

BEFORE ME, the undersigned authority, personally appeared Adam Davidson who, being by me duly sworn, upon oath stated:

"My name is Adam Davidson. I am over 18 years of age, of sound mind, capable of making this affidavit, and personally acquainted with the facts stated herein. I am the Director, Human Resources for the Texas A&M University System Office.

1. "In my position, I am familiar with the employment and payroll records for employees of The Texas A&M University System Office.

2. "I have reviewed the employment and payroll records of The Texas A&M University System Office and there is no record of an employee named Kamme O in the past five years."

3. "Further the Affiant sayeth not."

EXECUTED this day of February 28, 2018.

_____
Adam Davidson

SUBSCRIBED AND SWORN TO BEFORE ME on February 28, 2018, to certify which, witness my hand and official seal.

*Affidavit of Adam Davidson*　　　　　　　　　　　　　　　　　　　　　　　　　　　1



_____
Notary Public
The State of Texas