United States District Court
Southern District of Texas
4:17-cv-03877 **ENTERED**
April 06, 2018
David J. Bradley, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| KAMME O | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION No. 4:17-cv-03877 |
| | § | |
| TEXAS A&M UNIVERSITY and | § | |
| TEXAS A&M SYSTEM | § | |
| | § | |
| Defendant. | § | |

---

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO AMEND ORIGINAL COMPLAINT AND MOTION FOR AN EXTENSION OF TIME TO FILE 1st AMENDED COMPLAINT

---

On this day, the Court considered PLAINTIFF'S UNOPPOSED MOTION TO AMEND

ORIGINAL COMPLAINT AND MOTION FOR AN EXTENSION OF TIME TO FILE 1st AMENDED

COMPLAINT. After due consideration, the Court finds the motion meritorious.

It is therefore, ORDERED that the PLAINTIFF'S UNOPPOSED MOTION TO AMEND

ORIGINAL COMPLAINT AND MOTION FOR AN EXTENSION OF TIME TO FILE 1st AMENDED

COMPLAINT is GRANTED.

Therefore, Plaintiff's 1st AMENDED COMPLAINT will be filed by Wednesday, APRIL 11,

2018.

SIGNED this ___6___ day of ___April___, 2018.

THE HONORABLE NANCY K. JOHNSON
MAGISTRATE JUDGE