IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States District Court
Southern District of Texas
FILED
APR 18 2018
David J. Bradley, Clerk of Court

No. 18-20093

4:17-CV-3877

KAMME O,

    Plaintiff - Appellant

v.

TEXAS A & M UNIVERSITY SYSTEM,

    Defendant - Appellee

A True Copy
Certified order issued Apr 18, 2018

Lyle W. Cayce
Clerk, U.S. Court of Appeals, Fifth Circuit

Appeal from the United States District Court
for the Southern District of Texas

Before HIGGINBOTHAM, SMITH, AND CLEMENT, Circuit Judges.

PER CURIAM:

    This court must examine the basis of its jurisdiction on its own motion if necessary. *Hill v. City of Seven Points*, 230 F.3d 167, 169 (5th Cir. 2000). In this employment discrimination case, the plaintiff filed a motion for appointment of counsel. The district court referred the motion to the magistrate judge, who denied it. The plaintiff filed a notice of appeal from that order.

    Appellate courts do not have authority to review orders of a magistrate judge directly unless the parties have consented to have the magistrate judge preside over the case and enter judgment. *See Barber v. Shinseki*, 660 F.3d

877, 878-79 (5th Cir. 2011) (per curiam). Lacking consent, the magistrate judge's rulings are reviewable only by appeal to the district court. *Colburn v. Bunge Towing, Inc.*, 883 F.2d 372, 379 (5th Cir. 1989); *see also* 28 U.S.C. § 636(b)(1)(A). Here, the parties did not both consent to have the magistrate judge preside over the case. Therefore, we are without jurisdiction over this appeal and it must be dismissed.

    IT IS SO ORDERED.

## United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

April 18, 2018

Mr. David J. Bradley  
Southern District of Texas, Houston  
United States District Court  
515 Rusk Street  
Room 5300  
Houston, TX 77002

      No. 18-20093    Kamme O v. Texas A & M University System  
                          USDC No. 4:17-CV-3877

Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate.

                                        Sincerely,

                                        LYLE W. CAYCE, Clerk

                                        By: _____  
                                        Angelique B. Tardie, Deputy Clerk  
                                        504-310-7715

cc w/encl:  
     Ms. Yvonne Denise Bennett  
     Mr. Kamme O