# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **KAMME O**  Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO. 4:17-cv-03877 |
| **TEXAS A&M UNIVERSITY AND SYSTEM**  Defendants. | § § § § | |

## AFFIDAVIT OF ADAM DAVIDSON

| | |
|---|---|
| **STATE OF TEXAS** | § § |
| **COUNTY OF BRAZOS** | § |

BEFORE ME, the undersigned authority, personally appeared Adam Davidson who, being by me duly sworn, upon oath stated:

"My name is Adam Davidson. I am over 18 years of age, of sound mind, capable of making this affidavit, and personally acquainted with the facts stated herein. I am the Director, Human Resources for the Texas A&M University System Office.

1. "In my position, I am familiar with the employment and payroll records for employees of The Texas A&M University System Office.

2. "I have reviewed the employment and payroll records of The Texas A&M University System Office and there is no record of an employee named Kamme O in the past five years."

3. "Further the Affiant sayeth not."

EXECUTED this day of February 28, 2018.

_____
Adam Davidson

SUBSCRIBED AND SWORN TO BEFORE ME on February 28, 2018, to certify which, witness my hand and official seal.

*Affidavit of Adam Davidson*                                                                                                 1



Glenda Kay Rogers
Notary Public
The State of Texas