| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

IN RE:

Kamme O
vs
Texas A & M University, etal

§
§
§  CASE NO.  4:17cv3877
§
§
§

United States Courts
Southern District of Texas
FILED

MAY 11 2018

David J. Bradley, Clerk of Court

Exhibit  DVD - Video Recordings

_____

_____

_____

_____

_____

**DOCUMENT IS:**

☐  LOOSE IN FILE

☐  IN VAULT SEALED

☑  IN BROWN EXPANDABLE FOLDER

INSTRUMENT # _____