

USPS Priority Mail Express label

HEARNE, TX 77859
JUN 06, 18
AMOUNT
**$24.70**
R2305H130191-01

Label number: EL192522533US

**FROM:** KIM MEO
555 NIMDIN ROAD
HEARNE, TX 77859

**TO:** US DISTRICT CLERK
PO BOX 61010
HOUSTON, TX 77208-1010