Kamme O
3503 Winding Road
Hearne, Texas 77859
979-575-1091, AggieCarpenerMom@gmail.com
STXCOURT: 4:17-cv-03877


Southern District of Texas
FILED

NOV 16 2018

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
Southern District of Texas
CLERK OF COURT
P.O. Box 61010
Houston, Texas 77208

*USPS TRACKING #*
*9590 9402 3020 7124 5293 42*

November 13, 2018

To whom it may concern:

1. Why was the Federal Rule for Service by the Marshal for FEE WAIVER APPROVED plaintiffs not followed in April-May 2018?

2. Why has the MOTION FOR SERVICE gone unanswered since April 2018?

3. When is "140 days" for a pro se defendant?

4. Why have I been denied legal representation?

4. Was caller I.D. the reason it took 22 phone rings for the Clerk to answer My call?

5. Why have I been hung up on assorted times by Clerks when I phone to ask the status of My complaint against TAMU & TAMUS?


  April 11, 2018 to November 13, 2018 = 216 calendar days – excluding weekends & holidays = 149 days. TAMU took 96 days when the TAMUS policy was "15 working days" in 2015 – before they changed it to "30 days" August 2015. TAMUS even restructured

TAMU Human Resources after My employment was terminated during the EEOC investigation January 29, 2016. I continue to receive USPS mail addressed as a "Texas A&M University System Employee".

The attorney I hired in 2015 did not get the TAMU EEOC Response documents to Me until 10-28-2016, AFTER I wrote and requested the assistance of My local Congressmen – Bill Flores office was able to find out the status of My 2015 EEOC complaint for Me.

This drawn out wait by the Southern District Court of Houston seems to be a continuation of the attack of My civil rights/due process. Please explain/advise?

Sincerely,

_____
Kamme O

State of: _Texas_
County of: _Robertson_
On _11/13/2018_
Before me, _Marsha L Hill_ ,
Personally appeared, _Kamme O_ ,
[_] Personally known to me
OR
[X] Proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and has hereby acknowledged to me that she authorized capacity, and that by her signature on the instrument the person or the entity upon behalf of which the person acted, executed the instrument.

Witness my hand and official seal

_____
Notary Signature

_____
Print Name

MARSHA L. HILL
Notary Public, State of Texas
Notary ID# 478075-8
My Commission Expires
MAY 10, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on or before 11-13-2018, Plaintiff emailed a copy of this 11-13-2018 letter to:

YVONNE D. BENNETT
Yvonne.bennett@texasattorneygeneral.gov
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548

Pro Se Plaintiff, Kamme O