United States District Court
Southern District of Texas
**ENTERED**
December 13, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KAMME O <br><br> Plaintiff, <br><br> VS. <br><br> TEXAS A&M UNIVERSITY, et al., <br><br> Defendants. | § § § § § § § § § § § § § | CIVIL ACTION No. <br> 4:17-cv-03877 <br><br><br> JURY TRIAL DEMAND |

### ORDER GRANTING LEAVE OF COURT

On this day, the Court considered the REQUEST from the PLAINTIFF for LEAVE OF COURT until January 11, 2018 for Objections to the Response and to Amend the Complaint.

After due consideration, the Court finds the motion meritorious. ~~It is therefore, ORDERED that the MOTION FOR LEAVE OF COURT until January 11, 2018 is GRANTED.~~ Plaintiff's Objections to the Court's Memorandum and Recommendation must be filed by Jan. 11, 2019. Defendants' response is due two weeks thereafter.

SIGNED this 13th day of Dec, 2018.

[signature]

PLAINTIFF'S MOTION FOR LEAVE 4:17-cv-03788