United States Courts
Southern District of Texas
F I L E D

MAY 09 2019

David J. Bradley, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KAMME O | § | |
| Plaintiff, | § § § | CIVIL ACTION No. 4:17-cv-03877 |
| VS. | § § | |
| TEXAS A&M UNIVERSITY, et al., | § § | JURY TRIAL DEMAND |
| Defendants. | § § § § | |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S NOTICE OF INTENTION TO TAKE THE ORAL AND VIDEOTAPED DEPOSITION OF THE PLAINTIFF**

TO THE HONORABLE JUDGE SIM LAKE and MAGISTRATE JUDGE NANCY K. JOHNSON: Friday, April 19, 2019 Plaintiff contacted the Defendant's representation via email (Yvonne.bennett@oag.texas.gov) to suggest a conference. The response from the Defendant has been a request for deposition instead.

May 1, 2019 Plaintiff received the Defendant's NOTICE OF INTENTION. Upon reading the document what stands out to the Plaintiff is the line that reads, **"the deposition will continue day to day until completed"**.

Plaintiff objects to the unending, open ended request of deposition. The more Plaintiff considers the INTENTION of this

deposition, the more concerned she becomes that it's another potentially hostile experience for her.

Being pro se, the Plaintiff has written what has been submitted to the Court and maintains that what she has submitted is as accurate and honest as she has been able to understand and explain.

Plaintiff endured many witnessed meetings 2014-2016 via the Defendant, from *"I notice you've been wearing dresses, you should really wear pants"* to *"I DARE YOU TO FILE ANOTHER COMPLAINT WITH HR!"*

Plaintiff submitted 15+/- written complaints to the Defendant 2015-2016 about how she was being treated at work, following the Texas A&M System Policies. These complaints were either untimely vaguely answered or not answered at all, but they were submitted to the Defendant by the Plaintiff in a timely manner 2015-2016. Plaintiff also contacted TAMU Human Resources by phone and by email expressing that she was afraid to go to the meetings and asked for an unbiased witness, to no avail – the meetings only grew more hostile towards the Plaintiff.

During the EEOC investigation 2015, mediation was denied July 8, 2015 by the Defendant; the work load and atmosphere for the Plaintiff grew increasingly more difficult and confusing.

After all the different witnessed meetings 2015-2016, especially the <u>11-20-2015 verbal assault by her supervisor</u>

SWATI KALE, the Plaintiff is fearful of the situation and would prefer to never have another meeting with the Defendant-anyone. For these reasons and more – Plaintiff requests the Court deny the Defendant's request for a never-ending deposition of the Plaintiff.

If a deposition is required, Plaintiff requests it be limited in both time and scope. Even better if, the Defendant accepts the Plaintiff's written words as her statements.

Plaintiff doesn't know how to go about having a conference to discuss settlement if the Defendant continues to refuse to meet?

Respectfully,

_____
Kamme O            aggiecarpentermom@gmail.com  979.575.1091

**CERTIFICATE OF SERVICE**

I hereby certify that on or before 05-08-2019, Plaintiff emailed a copy of this document to:

YVONNE D. BENNETT
*Yvonne.bennett@oag.texas.gov*
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548

Pro Se Plaintiff, Kamme O

  

U.S. POSTAGE PAID
FCM LETTER
HEARNE, TX
77859
MAY 08, 19
AMOUNT
$6.85
R2305H130198-04

1000
77208

CERTIFIED MAIL

7016 3010 0000 8724 6238

KAMMEO
3903 WINDING ROAD
HEARNE TX 77859

RETURN RECEIPT REQUESTED

STX COURTS CLERK
PO BOX 61010
HOUSTON, TX 77208-1010

77208-101010

4:17-CV-03877