United States Courts
Southern District of Texas
FILED

JUL 01 2019

David J. Bradley, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KAMME O | § |
| Plaintiff, | § § § CIVIL ACTION No. 4:17-cv-03877 |
| VS. | § § |
| TEXAS A&M UNIVERSITY, et al., | § § JURY TRIAL DEMAND |
| Defendants. | § § § § § |

## PLAINTIFF'S MOTION FOR AN ENLARGMENT OF TIME

TO THE HONORABLE JUDGE SIM LAKE,

And THE HONORABLE MAGISTRATE JUDGE NANCY K. JOHNSON:

As a pro se Plaintiff, I would like to request an enlargement of time for the Discovery process to be continued until Friday, August 02, 2019.

Plaintiff has been unable to locate council, to the point that the process of searching/requesting creates intense emotional anxiety.

Also Plaintiff has been subjected to so much stress via the experience of "Civil Rights" and "Employment Law", the anxiety of reliving the TAMU experiences creates physical symptoms that impede the read/study/learn Court rules and process.

Due to depression, headaches and anxiety, Plaintiff has been unable to focus on reading and writing subject matter related to

the experience consistently for extended periods of time. Plaintiff imagines, the most recent stop/start process of pushing herself through this 26.5+ year experience would be comparable to resting on the way to and from the peak of a very personal "Mount Everest".

Plaintiff has also recently become employed by the UNITED STATES POSTAL SERVICE and is currently also occupied by the orientation and the training process of becoming officially "Postal".

For these reasons the Plaintiff respectfully requests an enlargement of time from the Court, to extend the Discovery process.

Respectfully
_____
Kamme O

Thursday, June 27, 2019

## CERTIFICATE OF CONFERENCE

Plaintiff conferred with Counsel for the Defendant via electronic mail on June 27, 2019. Counsel has not yet responded.

_____
Kamme O

## **CERTIFICATE OF SERVICE**

I hereby certify that on or before 06-28-2019, Plaintiff emailed a copy of this MOTION to:

YVONNE D. BENNETT
*Yvonne.bennett@oag.texas.gov*
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548

_____
Pro se Plaintiff: Kamme O

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KAMME O | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION No. |
| | § | 4:17-cv-03877 |
| VS. | § | |
| | § | |
| TEXAS A&M UNIVERSITY, et al., | § | |
| | § | JURY TRIAL DEMAND |
| Defendants. | § | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR AN ENLARGEMENT OF TIME**

On this day _____ the Court considered the REQUEST from the Plaintiff for the requested Motion for an Enlargement of Time, until AUGUST 02, 2019.

After due consideration, the Court finds the motion meritorious. It is therefore, ORDERED that the MOTION FOR LEAVE OF COURT until August 02, 2019 is GRANTED.

SIGNED this _____ day of _____, 2019.

_____