4:17-cv-03877

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED
JUL 29 2019
David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| KAMME O | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION No. |
| | § | 4:17-cv-03877 |
| vs. | § | |
| | § | |
| TEXAS A&M UNIVERSITY | § | |
| | § | JURY TRIAL DEMAND |
| Defendant. | § | |
| | § | |

PLAINTIFF'S SILENT SCREAM

TO THE HONORABLE MAGISTRATE JUDGE NANCY K. JOHNSON:

How long can a person scream? I feel like I have been silently screaming for a very long time. Do individuals really have Civil Rights or is it a HR-lawyer-money-time game?

Nothing the Court can do about the lack of integrity by the Defendant via this case, is there? That's both very sad and overall positive really, because in a twisted painful way it proves the perfection of "free will".

If the Defendant were a horse, a large dose of Zimectrin might help; nothing more humorous than the irony of perceptions and I prefer the pain of laughter, to the pain of tears = everything conditional is a measure of pain; explains why breathing is designed as a reflex.

"CROSS TRAINING"

The way I understand it: CHRISTINA ROBERTSON told JAMES B. RAINER, who told RICHARD FEGAN to tell me, "to go home and

change out of my costume". 1.) I wasn't wearing a costume. I had merely tried on a little mask BABETTE brought to me that morning and CHRISTINA ROBERTSON walked by in the hallway. 2.) RICHARD FEGAN told me, he told JAMES B. RAINER that I wasn't wearing a costume. 3.) I had not seen JAMES B. RAINER – He avoided me completely for years. 4.) RICHARD FEGAN told me, JAMES B. RAINER told him to tell me anyway. = This is what RICHARD FEGAN explained to me after I asked him, "What is it now, Richard?" because he walked into my office scuffing his feet, looking at the floor intermittently, shaking his head. (RICHARD FEGAN is who warned Me in 2014 that if he were Me, he would find a job someplace else.)

The next day I emailed JAMES B. RAINER suggesting, "If you are going to assume something about me, how about making it a POSITIVE?" That afternoon, CHRISTINA ROBERTSON came into my office and asked me not to blame JAMES, that it was her fault, she was who told JAMES I was wearing a costume.

She said, "You KNOW we do not celebrate Halloween here." With that comment from her, I FINALLY understood why upon retirement, the EHS Director before her, before JOHN SALSMAN, before CHRISTOPHER MEYER had left a silly foam pumpkin head in my desk chair without explanation in the early 2000s.

I had kept that pumpkin all those years – because it was an unexpected smile in a work environment that tended to feel unwelcoming toward me "being female".

The day CHRISTINA ROBERTSON told me, "You know we do NOT celebrate Halloween here" – I turned to that pumpkin-head on the file cabinet and told her she was mistaken, explaining where the pumpkin originated from.

After the 2016 termination, I put that pumpkin-head from the EHS Director on top of the bookcase at home. Later, something else CLICKED after a 2016 visit from a previous 1980s era boyfriend

- back 30 years ago the nickname I called him then was "Pumpkinhead". I used to wonder WHY I felt like calling him that.
- "Pumpkinhead" was the fiancé that had the seizure and stopped breathing the week we moved in together; it's that 911 experience I would share back when I presented the FIRE SAFETY presentations with SWATI KALE, who gave the LAB SAFETY portion of the EHS annual presentations 2010-2013.
- I would include my experience of having given "Pumpkinhead" CPR that I actually learned about in middle school. I would share how life has a way of working out – that you'll know what you need to know, as you need to know it. That it's important to know your LOCATION. And how on campus there are fire extinguishers about every 75' with the building number on their tags.
- Part of my 911 story is how all I can remember is how the person on the phone told me, "You don't have to yell, I can hear you" – but I could not, NOT yell.
- It was 6:30am – I was deep asleep when his elbow punched me awake. He was blue and foaming at the mouth. This was the first or second week after I moved away from home for the first time. I knew address from applying for the electric and phone.
- **Anyway, JAMES B. RAINER lies in his 2015 statement about me.** JAMES B. RAINER never not one time attended any FIRE SAFETY presentation presented by Me about "what to know when you call 911". And I never ever talked about "having sex" with my boyfriend during any presentation.
- I did talk about after my fiancée started breathing again, I ran down 3 flights of stairs beating on doors, screaming for help. When I reached the bottom floor, I realized I left him up there alone, so I ran back upstairs.

- Back upstairs, I sat on floor dialing the phone over and over again trying to get his mother to answer the phone – knowing she slept with the ringer off.
- My parents were in the process of moving to Florida = no cell phones, no one to call but his mother. At one point someone answered and in a panic, I <u>yelled</u> everything at once at whoever answered. Then I heard a man say, "Honey, you've got the wrong number." I hung up and kept dialing.
- A blonde headed man in a light blue three piece suit walked into the bedroom. I was still sitting on the floor with the phone in my lap. He checked on my fiancé and said, "Looks like he's had a pretty bad seizure. Did you call anyone?" I only nodded "yes". He said, "You better get some clothes on before they get here." (People laughed during the presentations at that.)
- Instead of getting up to get dressed, I insisted on dialing the phone. The man in the light blue suit insisted I get some clothes on. I had to think, "What are clothes? Where are clothes? Why clothes?" I finally got up and put on the jumpsuit hanging on the hook nearby, so that he would let me keep dialing the phone which was much more important to Me than wearing clothes.
- That 750 sqft apartment must have had 12+ firemen and whoever inside – I was still sitting on the floor, dialing the phone. "Pumpkinhead's" mother answered finally. I made sure it was her and then I explained what was going on and to meet me at the hospital.
- While my fiancé was in the hospital having tests run, we went to breakfast. Turned out, the phone ringer was off, <u>she dreamed that someone was screaming at her to ANSWER THE PHONE. She answered the phone in her sleep.</u>
- When we returned to the hospital, the doctor told us that it was a good thing he had moved in with me, because if I hadn't been

there he would have died. That it appeared he had been having seizures in his sleep, but slept alone so he didn't know.

- When "Pumpkinhead" visited me in August of 2016, he brought a bag of jewelry I had left behind back in 1989. Inside was a ring that had belonged to my grandmother MeeMee. Her husband was a Fire Chief – but he died of lung cancer before I was born.
- After I forced myself to write this Complaint and mail it to STXCOURT on 12/12/2017, "12th Man Woman Day", I decompressed by using up a bottle of decoupage. I took pages from MeeMee's bible and covered this large letter O, the dashboard of My SATURN and assorted other things – to relax, wind down, find some PEACE..
- The case number 4:17-cv-03877 was created 12/26/2017. December 26 is My grandmother MeeMee's date of birth.

- There's allot more schematic sync type things... God's plan is all there is – We choose our perceptions. I've been breathing for awhile; I was seated in the same office, same desk September 27, 1999 to May 1, 2015. I kept observing as the men were hired, promoted and moved on – most often it was younger men than Me. I passed the training and exams offered to Me – but I was not allowed to use the 2005-2016 Certifications of Pyrotechnics or Flame Effects.



**I am deeply disappointed that I expected integrity from a System that expected "Immunity".**

I've been trying to read "legal" whatever – I have difficulty breathing and focusing on it. I haven't decided if I will mail this to you or not.

I would like to ask the Court for more time for whatever I am supposed to do next... When I email the Defendant to notify them about the request for more time = instead of an answer, I get more questions. Feels like a stall for time to Me, as not having lawyer experience, I do not speak "legal" very well.

I have plenty of FACTS. I have plenty of EVIDENCE. I have at least one witness. I refrain from asking others because of the potential for further retaliations.

The Defendant kept asking Me, "WHAT IS YOUR RELIGION?" during the 2019 deposition. It reminds Me of CHRISTINA ROBERTSON and the "Halloween costume attitude" = "CROSS TRAINING". The essence of "Cross Training Inspectors" was to make all of them ⇐ the SAME.



The way I understand this so far, Civil Rights Policy & Procedure is as effective as the individuals employed by the employer who is held accountable by Title VII. And all these years I have been employed by a part of a SYSTEM that claims immunity and "rule 12b" because it's "STATE".

And then the "STATE" claims I'm am employed by the "Flagship" of a SYSTEM. And somehow that is "not" connected – certainly is advertised as connected. I continue to receive mail telling Me that I am a TAMU SYSTEM employee.

The part of LAW that confuses Me most, besides the panic-anxiety associated with the idea of learning RULES & PROCEDURE to go through another complaining process about the same initial complaint – is having to locate a case that has experienced whatever happened already???

☆ The ultimately irony: If I had decided to be an attorney, I most likely would not be on the receiving end of everything the Defendant did 1992-2016.

Honestly,

*[signature]*

KammeO

---

Today is Sunday 07-21-2019. I tend to write/research in-between inside and outside… I know God is REAL - not so much anything else because there has been so much irony & inconsistency. I flip flop between what I imagine "matters" and _____.

Anyway - I felt like going inside today, instead of sitting by My pool that reminds Me PSALM 23 is My Grandmother Annabelle's favorite Bible verse. (This experience has often felt like My "valley of darkness".)

Cleaning up, I came across a tan purse that had some old copies of documents. I was putting them away - to downsize and toss out that old tan bag. And as I put the papers away I looked at them. (Same mouse, desk & location September 27, 1999 to May 1, 2015)

The documents that read that I was hired by JAMES B. RAINER showed up today. God/Universe is BINGO-AWESOME… no one doubts the Sun rising, while simultaneously doubting LIGHT sees/knows/prepares all.

I've been attempting to explain to the Court that the Defendant "restructured" the department EHS where I was employed 1999-2016 to cover up the fact that the Defendant supported and

encouraged the <u>discrimination/emotional abuse</u> I have been subjected to for <u>over a decade</u>.

The Defendant submitted a declaration from CHRISTINA ROBERSTON recently [DKT 50-2] that claims I was "<u>transferred</u>" in 1999.

→ FACT: I was interviewed and hired by JAMES B. RAINER. <u>He was promoted over and over again</u> by the Defendant while I remained in the same location and desk 1999-2015.

The Defendant removed that desk like a fire drill on May 1, 2015 and left the space by the window <u>vacant</u>, while putting My best friend BABETTE PERKINS in the desk <u>next to</u> that stark empty space.

The <u>Defendant refused</u> BABETTE's 2015 request to move her new desk next to that window. While I was moved into the location and desk, that had previously been BABETTE PERKINS' office.

☆ This all occurred the same week that the TAMU Council wrote the TXOAG about My request for My employee file, TAMU addressing Me as "<u>Mr.O</u>" - days later is when I noticed the title change to "Occupational", all the month of May 2015. (grocery list of passive aggressive behaviors by the Plaintiff - that when viewed singularly = <u>grains of emotional quicksand.</u>) *insert legal definition of emotional abuse here*

<u>Physical</u> abuse and scars are visible to the eye and therefore less difficult to prove. <u>Emotional abuse</u> is a mixture of circumstances and perceptions - it is invisible but can be just as or more <u>painful</u> as any physical experience.

The thing about emotional abuse is how it <u>replays in the mind</u> over and over again. Each thought is relived with less surprise... How to decide "normal" or "acceptable"?

Compared to the 1990 out-of-body experience, everything via conditional reality is a measure of pain. Perception creates "acceptable".

The first thing I felt upon "re-entry" 1990 was the blood in My teeth had stopped moving – My entire face HURT as the blood turned in the roots of My teeth. I have a pretty high tolerance for pain "compared to most".

I went back to the hospital just over a year after My son was born – to see if I was crazy? I read page 3 of the file where the graph showed My blood pressure was 19/11 at 12:05am. That was the day that I believed the experience.

I didn't plan on telling anyone, but as the years have built one experience on top of the other – I have felt compelled to share My experience, that God REALLY IS LOVE. ☺♡

It is up to the perceptions/free will of whoever hears Me what they decide to believe. I am honest. Words are noise vibration perception.

God is GOD no matter what We think or not.

What changes is our experience of ourselves.

I apologize if this is too long or "unprofessional" = So far, the people that have referred to Me as "unprofessional" are the ones that bullied and lied about Me.

If it is required for Me to comprehend laws and legal process after having been through so much already – I would like to request a leave of Court.

God's plan = I am along for the experience:

What I remember: I returned to My body 1990 to be a supportive, loving parent – the job at TAMU was about paying the bills and KinderCare hours. It didn't make sense to create student loan

debt for the potential opportunity of a promotion or raise, especially when I was already <u>denied so many other opportunities by the Defendant</u> = accused of "being female" and "having long, curly, red, unprofessional hair."

CHRISTINA ROBERTSON is <u>not</u> someone that I trust, for a list of reasons/experiences, no matter what her education or job title.

Crazy depends on who I am compared against – I am normal for Me, given My experiences so far.

Thank you.

*[signature]* 07-25-2019



# TEXAS A&M UNIVERSITY
Human Resources Department
College Station, Texas 77843-1475
(409) 845-5154
FAX (409) 847-8877

Employment Office
MEMORANDUM                                                September 13, 1999

TO:        Christopher M. Meyer
           Environmental Health & Safety
           Mail Stop 4472

FROM:      Laurence H. Potts, Jr.
           Associate Director of Human Resources

SUBJECT:   Employment Application: Kamme Wilson
           Hiring Supervisor: James Rainer
           VAC: 991521   Title: Safety & Health Technician I

Attached is the original Employment Application of the above named employee who was recently hired by your department. This application is an integral component of the employee's official personnel file established and maintained by the hiring department. Texas A&M University System Policy 33.99.01, Employment Practices, states: "Employment applications and relevant data on applicants who are hired should be kept throughout their employment and for at least five years after their employment terminates."

When an employee transfers from one University department to another, Texas A&M University Rule 33.99.99.M1, Official Personnel File, indicates that the personnel file is transferred to the new department. Please ensure that this important document is properly filed and maintained in the employee's official personnel file.

If you have any questions about this, please do not hesitate to contact me or Virginia Parker at 2-1015 or by e-mail, *mparker@tamu.edu*.

ATTACHMENT

SILENT SCREAM - 4.17-cv-03877       Kamme O vs TAMU

# Texas A&M University

Employment Office
College Station, Texas 77843-1475

Phone: (409) 845-5154      *September 10, 1999*      Fax: (409) 847-8877

**TO:** *James Rainier* (signature)
**Dept:** Environmental Health & Safety
**Vac:** 991521, Safety & Health Technician I
**Fax#:** 845-1348
**PIN/PAN:** 02-0258

**From:** *Steve Smith*
*Staffing Specialist*

**Pages:** 3 (Including cover sheet)

**Subject:** Hiring Certificate, Survey, and Hiring Summary

Attached is your Hiring Certificate. Please send the Hiring Certificate with the request for Form 500 to payroll for processing. I encourage you to complete the survey as customer service and your satisfation are important to us.

You receive a referral document with each application, but when the vacancy is closed, you will also receive a summary hiring report listing all applicants. Keep the referral documents for two years with applications, resumes, interview notes and other hiring documents. Complete the Hiring Summary indicating who was hired, who was and was not interviewed and the reasons why applicants were not hired; then, return it to the Employment Office to complete our files. You will receive this Hiring Summary within the next few days.

If you have any questions, please let me know.

Confidentiality Notice

This message is intended for the use of the person named above and may contain information that is confidential. Any dissemination or disclosure of this information by persons other than the named recipient is prohibited. If you have received this communication in error, please notify us immediately by phoning (409) 845-5154. Thank you.

**From:** O, Kamme
**Sent:** Friday, November 01, 2013 1:31 PM
**To:** Rainer, James
**Cc:** Robertson, Christina; k_amme_o@yahoo.com
**Subject:** "Costume"

James,

It is My understanding that You instructed Richard to "send Me home to change out of My costume", that "Babette had already been instructed to go home and change" yesterday.
I don't recall seeing You yesterday? And since I wasn't dressed in a costume, I'm guessing You did not actually *see* Me either?
Next time please do not just assume the worst about Me.
If You are going to assume something – how about it be a POSITIVE?

And also – when I texted Babette to inquire how She was "having been sent home to change" -- My text was the FIRST She had heard of any of it. She had the afternoon scheduled OFF and had gone home for the day. And it is interesting that She had been in a meeting earlier & crossed paths with other Managers – Who didn't address the dress She was wearing, so I guess it took some TIME to come to a consensus if the dress was "appropriate" or not?

I have to wonder too – Babette was in a meeting with assorted Managers/People – How come no One said anything to Her immediately – if indeed, Her dress/outfit was "inappropriate"? Why the wait? What exactly was "inappropriate" about the dress?

In the 21+ years previously at TAMU and the 14 being with EHS, I don't recall any directive as to NOT being able to dress for Halloween (as long as You could still perform the job). So perhaps some NOTICE from the Department, prior to a holiday such as Halloween, as to what is expected would be appropriate/helpful?

Either way – I was certainly surprised by Richard being told to tell Me to "change My costume" when I wasn't wearing one.

KO


**Kamme O | Fire Inspector III**
Environmental Health and Safety | Texas A&M University

**From:** Kamme O <aggiecarpentermom@gmail.com>
**To:** houston_operation@txs.uscourts.gov

**Date:** Thursday, July 25, 2019 11:56PM
**Subject:** Please BLACK OUT the SS#. next to last page of "SILENT SCREAM"

Mailed a document tonight - I missed blacking out the SS# on the next to the last page.
Document is titled "SILENT SCREAM" - 4:17-cv-03877
Envelope could arrive Friday or Monday.. I just mailed it regular mail.
I drew a horse on the back and a cartoon of Myself on the front.... easy to spot.

Thank You,
KO

(stress = Breathing = Silent Scream)

KAMMEO
3503 WINDING RD.
HEARNE, TX 77859



STX COURT
HOUSTON
P.O. BOX 61010
HOUSTON TX 77208

INTEGRITY
... ~~ REQUIRES NO APOLOGY ~~...

