IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KAMME O <br><br> Plaintiff, <br><br> VS. <br><br> TEXAS A&M UNIVERSITY, et al., <br><br> Defendants. | § § § § § § § § § § § § § | CIVIL ACTION No.<br>4:17-cv-03877 <br><br> JURY TRIAL DEMAND |

**ORDER GRANTING PLAINTIFF'S MOTION FOR AN ENLARGEMENT OF TIME**

On this day _____ the Court considered the REQUEST from the Plaintiff for the requested Motion for an Enlargement of Time, until AUGUST 02, 2019.

After due consideration, the Court finds the motion meritorious. It is therefore, ORDERED that the MOTION FOR LEAVE OF COURT until August 02, 2019 is GRANTED.

SIGNED this 7th day of August, 2019.