United States District Court
Southern District of Texas
**ENTERED**
February 28, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KAMME O., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-17-3877 |
| | § | |
| TEXAS A&M UNIVERSITY, | § | |
| | § | |
| Defendant. | § | |

### ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Pending before the court are the Magistrate Judge's Memorandum and Recommendation (Docket Entry No. 61) and Plaintiff's Objections to the Magistrate's Memorandum and Recommendation (Docket Entry Nos. 62, 63, and 64).

The court must review de novo portions of the Magistrate Judge's proposed findings and recommendations on dispositive matters to which the parties have filed specific, written objections. See Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1).

The court has reviewed the Memorandum and Recommendation and Plaintiff's objections and concludes that Defendant's Motion for Summary Judgment should be granted for the reasons stated therein. A final judgment will be entered in conformity with this order.

**SIGNED** this 28th day of February, 2020.

---
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE