# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

May 3, 2021

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

United States Courts
Southern District of Texas
FILED
*May 04, 2021*
Nathan Ochsner, Clerk of Court

Re: Kamme O
v. Texas A&M University and System, et al.
No. 20-7562
(Your No. 20-20183)
4:17 cv 3877

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

Scott S. Harris

Scott S. Harris, Clerk

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

May 04, 2021

Mr. Nathan Ochsner  
Southern District of Texas, Houston  
United States District Court  
515 Rusk Street  
Room 5300  
Houston, TX 77002

    No. 20-20183   O v. TX A&M Univ and Sys  
                        USDC No. 4:17-CV-3877

Dear Mr. Ochsner,

Enclosed is a copy of the Supreme Court order denying certiorari.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        */s/ Stacy Carpenter*  
                        By: _____  
                        Stacy M. Carpenter, Deputy Clerk